GISKAN SOLOTAROFF & ANDERSON LLP
Attorneys at Law

July 23, 2026

**VIA ECF**

The Honorable Sidney H. Stein
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

*Re: Collado v. University of Mount Saint Vincent, 26 Civ. 3522 (SHS)*

Dear Judge Stein:

Pursuant to Federal Rule of Civil Procedure 26(f), the parties respectfully submit this joint report regarding their Rule 26(f) conference and proposed discovery plan, and we respectfully request that the Court enter a scheduling order pursuant to Rule 16. The parties conducted their Rule 26(f) conference on July 9, 2026, and counsel discussed all matters required by Rule 26(f).

The parties respectfully submit the following proposed discovery plan:

1. **Initial Disclosures**: The parties will exchange initial disclosures on August 10, 2026.
2. **Pleadings and Parties**: The parties may amend the pleadings or join additional parties until October 28, 2026.
3. **Discovery**:
    a. The parties anticipate that discovery topics will include, but are not limited to, employment records, compensation, performance, communications concerning the claims and defenses at issue in this case, personnel files, payroll records, damages, and mitigation.
    b. The parties do not believe that discovery should be conducted in phases or limited to particular issues.
    c. Fact Discovery: The parties propose that fact discovery be completed by January 4, 2027.
    d. Expert Discovery:
        i. The disclosure of expert evidence as required by Rule 26(a)(2)(A), (B), or (C) shall be completed by February 4, 2027.

ii. The disclosure of expert evidence intended by a party solely to contradict or rebut expert evidence on the same subject matter disclosed by the opposing party shall be made by March 4, 2027.

iii. All expert discovery shall be completed by April 5, 2027.

4. **Joint Status Letter**: A joint status letter informing the Court about the status of discovery shall be filed with the Court by November 10, 2026.
5. **Summary Judgment Motion**: Any summary judgment motion shall be filed by May 5, 2027.
6. **Electronically Stored Information**: The parties do not anticipate significant issues relating to electronically stored information.
7. **Privilege**: The parties do not presently anticipate disputes regarding privilege and do not request entry of a Rule 502(d) order.
8. **Discovery Limitations**: The parties do not presently request any modification of the discovery limitations set forth in the Federal Rules of Civil Procedure.
9. **Settlement/ADR**: The parties have discussed the possibility of settlement and are moving forward with the Court's referral to the Mediation Program. The parties will exchange documents and information pursuant to the Court's June 24, 2026 Order.
10. **Trial**: The parties request a jury trial.

The parties respectfully request that the Court enter a Rule 16 scheduling order consistent with the foregoing.

Respectfully submitted,

*/s/ Symone Yancey*
Symone Yancey

cc: All Counsel of Record via ECF

July 24, 2026
This proposed discovery plan is adopted by the Court. There will be a pretrial status conference in courtroom 23A at 500 Pearl St on January 7, 2027 at 2 p.m.
So Ordered
Sidney H Stein
USDJ