UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BELGICA COLLADO,

Plaintiff,

-against-

UNIVERSITY OF MOUNT SAINT VINCENT,

Defendants.

26-cv-3522 (SHS)

ORDER OF DISMISSAL

SIDNEY H. STEIN, U.S. District Judge.

The Report of Mediator having been filed on October 7, 2026, notifying the Court that agreement was reached in this matter on all issues,

IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs; provided, however, that within 30 days of the date of this Order any party may reinstate this action in writing if the settlement has not been effectuated by that time.

Dated: New York, New York
October 8, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.